NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-102

GOLDIE M. JACK

VERSUS

PRAIRIE CAJUN SEAFOOD WHOLESALE

**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION, DISTRICT 4
PARISH OF LAFAYETTE, NO. 04-04435
SHARON M. MORROW, WORKERS' COMPENSATION JUDGE

**********

MICHAEL G. SULLIVAN
JUDGE

**********

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and James T. Genovese, Judges.

MOTION TO DISMISS DENIED.

Mark A. Ackal
Attorney at Law
Post Office Box 52045
Lafayette, Louisiana 70505
(337) 237-5500
Counsel for Defendant/Appellee:
    Prairie Cajun Seafood Wholesale

Goldie M. Jack
In Proper Person
1900 Prejean F-91
Lake Charles, Louisiana 70607
(337) 562-8106

SULLIVAN, Judge.

Defendant, Prairie Cajun Seafood Wholesale, moves to dismiss the appeal filed by Plaintiff, Goldie M. Jack, on the basis that her appellate brief does not comply with the rules of court. We hereby deny the motion to dismiss.

Defendant argues that Plaintiff's appellate brief is deficient in that it fails to comply with Uniform Rules of Court—Courts of Appeal, Rules 2–12.2, 2–12.3, and 2–12.4. While we agree that Plaintiff's brief does not comply with the technicalities for appellate briefs set forth in the uniform rules of court, we note that the Plaintiff is appearing *pro se* in this workers' compensation matter. Moreover, the jurisprudence has held that relatively informal and flexible proceedings are required in workers' compensation matters. *See McLin v. Indus. Specialty Contractors, Inc.*, 02-1539 (La. 7/2/03), 851 So.2d 1135, *citing Rhodes v. Lewis*, 01-1989 (La. 5/14/02), 817 So.2d 64. Accordingly, we deny the motion to dismiss.

**MOTION TO DISMISS DENIED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal. Rule 2-16.3.

1